IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **GILBERTO RODRIGUEZ,** on behalf of himself, and all other similarly situated plaintiffs known and unknown, | ) ) ) ) | **N<u>o</u>.** 17-cv-965 |
| Plaintiff | ) ) | Honorable Judge Robert Blakey |
| v. | ) ) | |
| **HANSON LANDSCAPE & DESIGN a/k/a HANSON LANDSCAPE DESIGN & INSTALLATION INC. AND DUSTIN HANSON, INDIVIDUALLY,** | ) ) ) ) ) | *JURY DEMAND* |
| Defendants | ) | |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF
THE PARTIES' STIPULATION AND AGREEMENT TO SETTLE CLASS ACTION
CLAIMS AND FOR APPROVAL OF CLASS CERTIFICATION**

Plaintiff Gilberto Rodrgiuez ("Plaintiff"), on behalf of himself and all others similarly situated, with the agreement of Defendants, moves this Court for an order preliminarily approving the Parties' Stipulation of Settlement and Agreement to Settle Class Action Claims (attached to the accompanying memorandum, filed contemporaneously herewith as Exhibit 1) and an order approving class certification for settlement purposes, the form and manner of class notice (attached to the Stipulation of Settlement as Exhibit A), and scheduling a Fairness Hearing for final approval of settlement. In further support of this Joint Motion, the Parties have contemporaneously filed a memorandum in support, which is incorporated herein by reference.

Respectfully Submitted,  *Electronically Filed 5/18/2018*

<u>s/ Neil Kelley</u>
Neil Kelley

FARMWORKER AND LANDSCAPER

ADVOCACY PROJECT
33 N. LaSalle, Suite 900
Chicago, IL 60602
(312) 784-3541

s/ John W. Billhorn
John W. Billhorn

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 840
Chicago, IL, 60604
(312) 853-1450

Attorneys for Plaintiff

s/ Brian LaFratta
Brian LaFratta

HUCK BOUMA PC
1755 SOUTH NAPERVILLE ROAD, SUITE 200,
WHEATON, IL 60189
(630) 344-1187

Attorney for Defendants

2