IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GILBERTO RODRIGUEZ,** on behalf of himself, and all other similarly situated plaintiffs known and unknown, | )<br>)<br>)<br>) |
| Plaintiff | ) No. 17-cv-965 |
| v. | )<br>) Honorable Judge Robert Blakey<br>) |
| **HANSON LANDSCAPE & DESIGN, A/K/A HANSON LANDSCAPE DESIGN & INSTALLATION INC., AND DUSTIN HANSON, INDIVIDUALLY,** | )<br>)<br>) ***JURY DEMAND***<br>)<br>) |
| Defendants | ) |

**JOINT MOTION FOR FINAL APPROVAL OF THE
PARTIES' STIPULATION AND AGREEMENT TO SETTLE
CLASS ACTION CLAIMS AND AWARD OF ATTORNEYS' FEES**

Plaintiff Gilberto Rodriguez ("Plaintiff"), on behalf of himself and all others similarly situated, with the agreement of Defendants, moves this Court for entry of a final order approving the Parties' Stipulation of Settlement and Agreement to Settle Class Action Claims. In further support of this Joint Motion, the Parties have contemporaneously filed a memorandum in support, which is incorporated herein by reference.

                              Respectfully Submitted,

                              ***Electronically Filed 10/19/2018***

                              s/ John W. Billhorn
                              John W. Billhorn

                              BILLHORN LAW FIRM
                              53 W. Jackson Blvd., Suite 840
                              Chicago, IL, 60604
                              (312) 853-1450

s/ Alexandria Santistevan
Alexandria Santistevan

FARMWORKER AND LANDSCAPER
ADVOCACY PROJECT
33 N. LaSalle St., Suite 900
Chicago, IL, 60602
(312) 784-3541


Attorneys for Plaintiff

s/Brian LaFratta
Brian LaFratta

HUCK BOUMA PC
1755 SOUTH NAPERVILLE ROAD,
SUITE 200,
WHEATON, IL 60189
(630) 344-1187

One of the Attorneys for Defendants